## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK FINN,<br>                    **Plaintiff,**<br><br>v.<br><br>GEORGE BIVENS; MARIA FINN;<br>LUZERNE COUNTY CHILDREN &<br>YOUTH SERVICES; JOANNE VAN<br>SAUN, LUZERNE COUNTY CYS<br>DIRECTOR; MALLORY LILLER,<br>LUZERNE COUNTY CYS<br>CASEWORKER; WRIGHT<br>TOWNSHIP POLICE DEPARTMENT;<br>POLICE CHIEF ROYCE ENGLER OF<br>THE WRIGHT TOWNSHIP POLICE<br>DEPT.; THE PENNSYLVANIA STATE<br>POLICE; MAJOR MAYNARD GRAY<br>OF THE PENNSYLVANIA STATE<br>POLICE; CAPTAIN JEREMY<br>RICHARD OF THE PENNSYLVANIA<br>STATE POLICE; AND DOES 1, 2, 3,<br>AND 4,<br>                    **Defendants.** | Removed from the Court of<br>Common Pleas of<br>Luzerne County<br><br>Civil Action No.: 2019-CV-04176<br><br><br>No.:<br><br><br>JURY TRIAL DEMANDED<br><br><br>*Electronically filed* |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:**

Defendants, Wright Township Police Department and Police Chief Royce Engler, by and through their attorneys, Marshall Dennehey Warner Coleman & Goggin, hereby give notice of the removal of the civil action captioned Patrick Finn v. George Bivens; Maria Finn; Luzerne County Children & Youth Services; Joanne Van Saun, Luzerne County CYS Director; Mallory Liller, Luzerne County

CYS Caseworker; Wright Township Police Department; Police Chief Royce Engler of the Wright Township Police Department; The Pennsylvania State Police, Major Maynard Gray of the Pennsylvania State Police; Captain Jeremy Richard of the Pennsylvania State Police; and Does 1, 2, 3, and 4, Civil Action No.: 2019-CV-04176, from the Court of Common Pleas of Luzerne County to the United States District Court for the Middle District of Pennsylvania. In support of the removal, Removing Defendants state as follows:

1.    Wright Township Police Department and Police Chief Royce Engler are Defendants in a civil action, which was initiated via writ on April 16, 2019. See Praecipe for Writ, attached hereto as Exhibit "A"

2.    Plaintiff filed a Complaint on October 18, 2019, in the Court of Common Pleas of Luzerne County, Pennsylvania, at docket no: 2019-CV-04176, and served on Wright Township on October 18, 2019. See Complaint, attached hereto as Exhibit "B".

3.    Pursuant to the provisions of Sections 1441 and 1446 of Title 28 of the United States Code, Defendants Wright Township Police Department and Police Chief Royce Engler remove this action to the United States District Court for the Middle District of Pennsylvania, which is the judicial district in which the action is pending.

## The Complaint

4.    Defendants were served with the Complaint on October 14, 2019 via e-mail. See Exhibit B.

5.    This Notice of Removal is timely, as it has been filed within thirty (30) days after Defendants' receipt of Plaintiff's Complaint, through service or otherwise, in accordance with 28 U.S.C. § 1446(b), which states that a "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-348 (1999); Miles v. MetLife, Inc., 2006 U.S. Dist. LEXIS 11748, *4 (E.D.Pa. March 16, 2006).

6.    In the Complaint, Plaintiff alleges all Defendants acted to violate his constitutional rights through the investigation and prosecution of criminal charges. See Exhibit A.

7.    Plaintiff alleges seven claims against Police Chief Royce Engler: 42 U.S.C. §1983 – Fourth, Fifth, and Fourteenth Amendment violations regarding False Arrest and Falsification of Evidence; 42 U.S.C. §1983 – Fourth, Fifth, and Fourteenth Amendment Substantive due process violations regarding Malicious Prosecution; 42 U.S.C. §1983 – Fifth and Fourteenth Amendment Due Process

violations regarding Failure to Timely Disclose Exculpatory Evidence; Common Law Malicious Prosecution; Conspiracy to violate 42 U.S.C. §1983 – Fourth, Fifth, and Fourteenth Amendment rights; Common Law Civil Conspiracy; and Intentional Infliction of Emotional Distress. See Exhibit A.

8.    Plaintiff alleges the following claims against Wright Township Police Department:  42 U.S.C. §1983 – Monell Liability for Fourth, Fifth, and Fourteenth Amendment violations, substantive due process regarding False Arrest, Fabrication of Evidence and Malicious Prosecution, and 42 U.S.C. §1983 based on Monell liability for Fourth, Fifth, and Fourteenth Amendment violations and substantive due process regarding False Arrest, Fabrication of Evidence and Malicious Prosecution. See Exhibit A.

9.    As a result, Plaintiff requests judgment against Defendants, counsel fees incurred in his criminal defense for approximately one-hundred thousand dollars ($100,000.00), together with compensatory damages, punitive damages at least equaling his compensatory damages, cost of suit, and attorney's fees. See Exhibit A.

### Standard for Removal Based on Federal Question

10.    An action may be removed from state court to federal court only if a federal district court would have original jurisdiction over the lawsuit. See 28 U.S.C. § 1441(a).

11.   Original jurisdiction on the basis of Federal question jurisdiction exists because Plaintiff asserts claims under the United States Constitution, and 42 U.S.C. §1983. See Exhibit A.

12.   Pursuant to 28 U.S.C. §1446, the Removing Defendants have timely filed this Notice of Removal.

13.   The Complaint was served on October 14, 2019 and filed on October 18, 2019.

14.   Pursuant to 28 U.S.C. §1446, the Removing Defendants have attached to this Notice of Removal a copy of all process and pleadings filed in the state court action. See Luzerne County Docket, attached hereto as Exhibit "C".

15.   Written notice of the filing of this Notice of Removal has been given to Plaintiffs in accordance with 28 U.S.C. §1446 as noted in the Certificate of Service.

16.   All Defendants who have been properly joined and served concur and consent to the removal of this action. See Written Consent of Co-defendants for Removal, attached hereto as Exhibit "D".

**WHEREFORE**, Defendants, Wright Township Police Department and Police Chief Royce Engler, with consent of all properly joined and served co-defendants, hereby remove the above-captioned action now pending in the Court of Common Pleas of Luzerne County to this Honorable Court.

MARSHALL  DENNEHEY
WARNER COLEMAN & GOGGIN

By: _____

Mark J. Kozlowski, Esquire
Attorney I.D. No.:  PA 308676
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4600
Attorney for Defendants